**FILED**
**JANUARY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 312**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by Local Rules 83.12 through 83.14.

In the Matter of

IRMA PITA,
    Plaintiff,

v.

TARGET CORPORATION,
    Defendant.

Case Number:

**JUDGE KENNELLY**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TARGET CORPORATION
DEFENDANT DEMANDS TRIAL BY JURY (12 man)

| | |
|---|---|
| NAME (Type or print) | |
| Mark T. McAndrew | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Mark T. McAndrew-6274068 | |
| FIRM | |
| Hennessy & Roach, P.C. | |
| STREET ADDRESS | |
| 140 South Dearborn | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6274068 | (312) 346-5310 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐