# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 312 | **DATE** | 1/18/2008 |
| **CASE TITLE** | Pita vs. Target Corp. | | |

**DOCKET ENTRY TEXT**

The notice of removal in this case, based on diversity of citizenship, identifies only plaintiff's state of residency, not her state of citizenship. The two are not necessarily the same. Unless defendant files an amended notice of removal by 1/31/08 properly alleging diversity of citizenship, the Court will remand the case to state court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|