UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IRMA PITA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 08 C 312 |
| v. ) | |
| ) | |
| TARGET CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

TO:  Mr. Todd H. Allswang
Brian J. McManus & Associates
30 North LaSalle Street, Suite 2126
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on the **19th** day of **February, 2008** at the hour of **9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Judge Matthew F. Kennelly** or any judge sitting in his stead, in Courtroom **2103** of the United States District Court Northern District of Illinois Eastern Division , and shall then and there present the attached **"Motion For Leave File an Amended Notice of Removal** " copies of which are herewith served on you.

By:  s/Mark T. McAndrew/6274068
Mark T. McAndrew, Attorney for Defendant,
Target

### CERTIFICATE OF SERVICE

The undersigned certifies that she caused a copy of the foregoing notice and above motion to be served on the person/persons to whom it is directed by electronic mail and mailing a copy of same in the U.S. Mail at 140 S. Dearborn, Chicago, Illinois before 5:00pm on February 13, 2008.

SUBSCRIBED AND SWORN TO
before me this 13th day of February , 2008

Notary Public
Hennessy & Roach, P.C.
140 South Dearborn Street, 7th Floor
Chicago, Illinois 60603
(312) 346-5310
Attorney No.:



"OFFICIAL SEAL"
ANTONIA TORRES
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 02/28/10