IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

IRMA PITA,                                    )

        Plaintiff,                            )

    vs.                                       )

                                              )    No  07 L 7223
TARGET CORPORATION,                           )
                                              )
        Defendant                             )

2007 DEC 26  PM 6:27
CIRCUIT COURT OF COOK
COUNTY, ILLINOIS
LAW DIVISION
CLERK
DOROTHY BROWN

## NOTICE OF MOTION

TO:    Mark McAndrew
       Hennessy & Roach, P.C.
       140 S. Dearborn St.
       Chicago, IL. 60603

Please take notice that on the 26th day of December 2007, there was filed with the Clerk of the
Circuit Court of Cook County, **PLAINTIFF'S ANSWERS TO INTERROGATORIES**

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF C O O K )

        The undersigned, being first duly sworn on oath, deposes and says that (s)he served the
foregoing Notice and documents attached hereto by placing the same in an envelope addressed as
indicated in the mailbox located at 30 North LaSalle Street, Chicago, Illinois, on the 26th day of
December 2007.

SUBSCRIBED AND SWORN TO
before me this 26th day of
December 2007.

            NOTARY PUBLIC

OFFICIAL SEAL
EMMA LOPEZ
NOTARY PUBLIC  STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/15/11

BRIAN J. MCMANUS & ASSOCIATES, LTD
30 N. LaSalle, Ste. 2126
Chicago, IL 60602
(312) 346-8210
#21608



EXHIBIT
1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

IRMA PITA,                                  )
                                            )
          Plaintiff,                        )
                                            )
v.                                          )
                                            )
TARGET CORPORATION,                         )
                                            )
          Defendant.                        )

## PLAINTIFF'S ANSWERS TO INTERROGATORIES

1.      State the full name, date of birth, address and social security number of the person
answering these interrogatories. How long have you lived at said address? State whether you
reside alone and if not state the names of all persons with whom you reside.

          ANSWER:     Irma Pita
                      D.O.B. – 5/5/65
                      SS# -- 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
                      2250 S. 17 Ave, Apt 1E
                      North Riverside, IL 60546

          I have lived at that address since approximately 2002. I reside their with my daughters
Irma Ruby Gonzalez, Adriana Gonzalez and Yahaira Gonzalez.

2.      State the full name, address and telephone number of each person who witnessed
or claims to have witnessed the occurrence alleged in the complaint.

          ANSWER:     Plaintiff believes a store customer may have witnessed the accident. The
customer's identity is unknown.

3.      State the full name, address and telephone number of each person not named
(in 2) above who was present or claims to have been present at the scene immediately before, at
the time of, or immediately after said occurrence.

          ANSWER:     After plaintiff's fall, while plaintiff was still on the ground, an unidentified
female employee, believed to be an African-American, came to the scene of the occurrence. In
addition, a Hispanic employee of the store also came to the scene of the occurrence. No further
information is available about these witnesses.

4.    Describe, in general, the personal injuries sustained by you as a result of said occurrence. Describe how the alleged accident occurred.

**ANSWER:**    As a result of this accident plaintiff injured her cervical spine and lumbar spine and both were operated on and fused by Dr. Sean Salehi. In addition, plaintiff injured her right shoulder and the same was operated upon by Dr. Erling Ho. Plaintiff was injured when she slipped and fell in a large puddle of a liquid substance near the cosmetic/shampoo sections of the store.

5.    State the name, address, amount of any bills and dates of services for any and all health care providers and all attending, consulting and all examining physicians and all laboratories taking x-rays or conducting other diagnostic tests in relation to said injuries; and from which of them do you have written reports?

**ANSWER:**    See attached Medical Expense list. In addition, plaintiff treated with Dr. Allen M. Brecher, 3231 S. Euclid, Suite 409, Berwyn, IL 60402 and MacNeal Hospital. Plaintiff reserves the right to supplement as bills and records become available.

6.    As the result of said personal injuries, were you a patient or out-patient in any hospital or clinic? If so, state the name and address of each such hospital or clinic, the amounts of their respective bills and the date or inclusive dates of said services.

**ANSWER:**    Answers #4 and 5 above.

7.    As a result of said personal injuries, were you unable to work? If so, state (a) the name and address of your employer, if any, at said time (b) the date or inclusive dates on which you were unable to work, (c) the amount of wage or income loss claimed by you, and (d) the name and address of your present employer, if any.

**ANSWER:**    Yes. At the time of the accident plaintiff worked at FGS Financial, located 2910 S. 18th in Broadview. Plaintiff has been restricted from working since the accident. FGS terminated plaintiff in January of 2007. At that time she earned $400.00 a week. Plaintiff is claiming a wage loss of $400.00 a week from the day after the accident until the present.

8.    State any and all other expenses or loss you claim as the result of said occurrence.

**ANSWER:**    Miscellaneous travel expenses estimated at $500.00, traveling to and from medical providers.

9.    During the ten years immediately prior to the date of said occurrence, had you been confined in a hospital, treated by a physician or x-rayed for any reason? If so, give the name and address of each such hospital, physician, technician or clinic, the approximate date of such confinement or service, and state, in general, the reason for such confinement or service.

**ANSWER:**   Yes.  Since the mid-1990's plaintiff has seen Dr. Ricardo Arzc, at Arzc Doctors Center, 6925 W. Cermak Rd, Berwyn, IL 60402 for common ailments.  Dr. Arzc is plaintiff's family physician.

10.    Had you suffered any personal injury or had any problems with your health prior to the date of said occurrence?  State the name and address of all health care providers who rendered care and treatment to you in the past 15 years.

**ANSWER:**   No.

11.    State the names, last known addresses and telephone number of your physicians for the last 15 years.

**ANSWER:**   See #9 above.

12.    Have you suffered either (a) any personal injury or (b) illness, since the date of said occurrence?  If so, for (a) state when, where and, in general, how you were injured and describe, in general, the injuries suffered; and for (b) state when you were ill and describe in general the illness.

**ANSWER:**   (a – c) No.

13.    Were any photographs taken of the scene of the occurrence or of the person involved?  if so, state the date or dates on which such photographs were taken, the number of photographs taken, the subjects thereof and who now has custody of them.

**ANSWER:**   Plaintiff is unaware of any photographs being taken.

14.    Do you have any statements from any witness other than yourself?  If so, give the name and address of each such witness, the date of said statement and state whether such statement was written or oral.

**ANSWER:**   None known.

15.    List the names and addresses of all other persons, other than yourself and persons heretofore listed or specifically excluded, who have knowledge of the facts of said occurrence or of the injuries and damages following therefrom.

**ANSWER:**   Plaintiff's medical providers previously listed herein.   Baldomero Gonzalez, plaintiff's son and Irma Gonzalez both have knowledge of plaintiff's injuries and will be called as damage witnesses.

16.    With respect to your allegation that the defendants were negligent in maintaining the premises where the alleged injury occurred, describe the condition or defect you contend your injuries resulted from, and state the location of said condition or defect present at the accident scene.

**ANSWER:**    See Interrogatory #4.

17.    Was an inspection made of the accident scene by you or by anyone on your behalf subsequent to the accident? If so, for each inspection, state the date it was made; the name, address and occupation of the person who made it; and the substance of any oral report made; and/or if a written report was made state the name and address of the person who has custody or control of it.

**ANSWER:**    No.

18.    State the name, address, and telephone number of your most recent employer, the name of your immediate supervisor at that employment and the dates of said employment commenced and terminated if applicable.

**ANSWER:**    See answer #7.

19.    State the name, address, telephone number and dates of employment for each of your employers since 1990 to the present.

**ANSWER:**    Plaintiff worked at FSG Financial since approximately 1996.

20.    If your medical bills have been paid in full or in part, state the name, address and telephone number of each individual or other legal entity who paid or contributed to the payment of said bills.

**ANSWER:**    Objection. This information is irrelevant pursuant to the collateral source rule. Without waiving the objection Blue Cross and Blue Shield of Illinois has been paying plaintiff's medical bills, 2339 S. MacArthur Blvd., Springfield, IL 62704.

21.    If you have ever been a party litigant to any other lawsuit, state the year, the title and docket number, whether you were a plaintiff or defendant, the identity of the court in which said suit was filed, and the nature of each such lawsuit.

**ANSWER:**    No.

22.    If you have ever made a claim for workers' compensation under the laws of the State of Illinois or any other state, state the state where the claim was filed; the name and address of your employer at the time of the alleged injury; the title and case number of such claim; and the disposition of each such claim.

ANSWER:    No.

23.    State whether you have an Illinois Drivers License. If so, please state the number of your license and when your license was most recently renewed. Do you have a vehicle registered in the State of Illinois? State the registration number and license plate number.

ANSWER:    Yes. ILP300-4006-5729. Issued 5-5-08.

24.    Had you taken any drugs or alcohol in the 24 hour period prior to the alleged accident? If so, please state the name of the substance, what amount was consumed and when. State the name and address of all pharmacies used by or for you in the past 5 years for filing prescriptions.

ANSWER:    No.

25.    State the amount of damages which will be sought herein.

ANSWER:    In excess of $50,000.00. Plaintiff will supplement this response when medical care is concluded and plaintiff can return to gainful employment.

26    State the full name, address, telephone number, and occupation or profession of each opinion witness who will offer any opinion testimony at the trial of this cause. For each such opinion witness state:

> a.    The subject matter on which each such opinion witness is expected to testify.
> b.    The opinion witness' conclusion(s) or opinion(s) with respect to each and every subject on which the opinion witness is expected to testify.
> c.    The basis or bases for each and every conclusion or opinion on which the opinion witness is expected to testify.
> d.    The opinion witness' qualifications, including but not limited to his educational background, practical experience in the area he is expected to testify in, any articles or papers he has written, any and all seminars or postgraduate training the opinion witness has received, the opinion witness, experience, if any, as a teacher or lecturer and his professional appointments and associations. (In lieu of answering No. 28(d), a complete curriculum vitae of the opinion witness may be attached to the answer to interrogatories).

**ANSWER:** (a-e) Plaintiff has not selected any opinion witnesses to date. Plaintiff reserves the right o name 213f(3)witnesses seasonably.

27. State the name, last known address and telephone number of each witness who will testify at trial on your behalf. For each witness identified herein, state the subject matter of their testimony.

**ANSWER:** See answer #15. Plaintiff will name additional witnesses as discoveryproceeds

### Verification Under Certification

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct.

Dated: 12/27/07                              By: _Irma Pita_
                                                    IRMA PITA


BRIAN J. MCMANUS & ASSOCIATES, LTD.
Attorneys for Plaintiff


BRIAN J. MCMANUS & ASSOCIATES, LTD.
30 North LaSalle Street, Suite 2126
Chicago, Illinois 60602
(312) 346-8210

IRMA PITA V. TARGET CORPORATION
P.I.  - D/A: 6-21-06
MEDICAL EXPENSES AS OF August 28,2007

<u>I.</u>    MEDICAL EXPENSES                              <u>TOTAL</u>

1.    Neurological Surgery and Spine Surgery
      4562 Paysphere Circle
      Chicago, IL  60674
      708-343-3566

      For services on/between
      08-10-06 thru 08-03-07                      $113,687.00


2.    Loyola University Medical Center
      2160 South First Avenue
      Maywood, IL  60153
      1-800-424-4840

      For services on 06-21-06                    $   1,193.89

3.    Orthpaedic Associates of Riverside          $  10,487.00

4.    Neurologic Care Associates, P.C.
      P. O. Box 36174                             $   2,526.00
      Chicago, IL 60694-6174

5.    Berwyn Magnetic Resonance Center
      3345 South Oak Park Avenue
      Berwyn, IL 60402

      For services on/between
      07-25-06 thru 03-28-07                       $   2,400.00

      TOTAL MEDICAL EXPENSES                       $130,293.89
                                                   ===========

**Pay to:**

## Neurological Surgery and Spine Surgery
4562 Paysphere Circle
Chicago, IL 60674
(708) 343-3566

### Patient Receipt
**Monday, August 13, 2007**

| Amount Due | Amount Paid |
| --- | --- |
| **$80.00** | **$80.00** |

**Ms Irma Pita**
2250 S 17th Ave
North Riverside, IL 60546

Employer ID  412035121
Provider ID

| Date | Description | Charg # Fee | Units | Insurance | Patient |
| --- | --- | --- | --- | --- | --- |
| | Ms Irma Pita(7938)/Sean A Salehi MD/018531 | | | | |
| | Degeneration of lumbar or lumbosacral intervertebral disc (722.52) | | | | |
| | Cervical spondylosis without myelopathy (721.0) | | | | |
| 08/10/2006 | Office visit, consultation/ low complexity (99243) | $336.00 | 1.0 | $316.00 | $20.00 |
| 08/10/2006 | Payment from Pita, Irma | | | $0.00 | ($20.00) |
| 08/14/2006 | Payment from Pita, Irma | | | $0.00 | $0.00 |
| 08/31/2006 | MHP W/OFF Adjustment from Chicago Health Systems | 391229 | | ($187.14) | $0.00 |
| 08/31/2006 | Payment from Chicago Health Systems | 391229 | | ($128.86) | $0.00 |
| | **Balance:** | | | **$0.00** | **$0.00** |
| | Ms Irma Pita(7938)/Sean A Salehi MD/019804 | | | | |
| | Cervical spondylosis without myelopathy (721.0) | | | | |
| | Degeneration of lumbar or lumbosacral intervertebral disc (722.52) | | | | |
| 09/12/2006 | Established patient, office visit / moderate complexity (99214) | $224.00 | 1.0 | $204.00 | $20.00 |
| 10/18/2006 | MHP W/OFF Adjustment from Chicago Health Systems | 392363 | | ($124.76) | $0.00 |
| 10/18/2006 | Payment from Chicago Health Systems | 392363 | | ($79.24) | $0.00 |
| 10/31/2006 | Payment from Baldomero Gonzalez | 552 | | $0.00 | ($20.00) |
| | **Balance:** | | | **$0.00** | **$0.00** |
| | Ms Irma Pita(7938)/Sean A Salehi MD/021105 | | | | |
| | Cervical spondylosis without myelopathy (721.0) | | | | |
| 10/11/2006 | Discectomy anterior with decompress; cervical, single (63075) | $9,525.00 | 1.0 | $9,525.00 | $0.00 |
| 10/11/2006 | Anterior interbody techinque;cervical (22554) | $10,200.00 | 1.0 | $10,200.00 | $0.00 |
| 10/11/2006 | Anterior instrumentation 2 to 3 (22845) | $8,690.00 | 1.0 | $8,690.00 | $0.00 |
| 10/11/2006 | Fluoroscopic guidance and localization of needle or catheter tip for spine or paraspinous diagnostic or therapeutic injection procedures (epidural, transforaminal epidural, subarachnoid, paravertebral (76005 26) | $320.00 | 1.0 | $320.00 | $0.00 |
| 10/11/2006 | Operating microscope (69990) | $2,145.00 | 1.0 | $2,145.00 | $0.00 |
| 10/11/2006 | Allograft for spine surgery only, structural (20931) | $1,090.00 | 1.0 | $1,090.00 | $0.00 |
| 11/27/2006 | MHP W/OFF Adjustment from Chicago Health Systems | 394705 | | ($28,222.43) | $0.00 |
| 11/27/2006 | Payment from Chicago Health Systems | 394705 | | ($3,747.57) | $0.00 |
| | **Balance:** | | | **$0.00** | **$0.00** |
| | Ms Irma Pita(7938)/Mary F Dykstra PA-C/021106 | | | | |
| | Cervical spondylosis without myelopathy (721.0) | | | | |
| 10/11/2006 | Discectomy anterior with decompress; cervical, single (63075 AS) | $1,422.00 | 1.0 | $1,422.00 | $0.00 |
| 10/11/2006 | Anterior interbody techinque;cervical (22554 AS) | $2,021.00 | 1.0 | $2,021.00 | $0.00 |
| 10/11/2006 | Anterior instrumentation 2 to 3 (22845 AS) | $1,826.00 | 1.0 | $1,826.00 | $0.00 |
| 10/11/2006 | Operating microscope (69990 AS) | $168.00 | 1.0 | $168.00 | $0.00 |
| 10/11/2006 | Allograft for spine surgery only, structural (20931 AS) | $165.00 | 1.0 | $165.00 | $0.00 |
| 11/27/2006 | MHP W/OFF Adjustment from Chicago Health Systems | 394705 | | ($5,107.62) | $0.00 |
| 11/27/2006 | Payment from Chicago Health Systems | 394705 | | ($494.38) | $0.00 |
| | **Balance:** | | | **$0.00** | **$0.00** |
| | Ms Irma Pita(7938)/Sean A Salehi MD/021905 | | | | |

*38,099.00*

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins. Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$5,590.00** | **$5,590.0** |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 10/31/2006 | Cervical spondylosis without myelopathy (721.0)<br>Degeneration of lumbar or lumbosacral intervertebral disc (722.52)<br>Postoperative follow-up visit, included in global service (99024) | | $0.00 | 1.0 | $0.00 | $0.00 |
| | **Balance:** | | | | $0.00 | $0.00 |
| | **Ms Irma Pita(7938)/Sean A Salehi MD/023240** | | | | $0.00 | $0.00 |
| 12/07/2006 | Cervical spondylosis without myelopathy (721.0)<br>Postoperative follow-up visit, included in global service (99024) | | $0.00 | 1.0 | $0.00 | $0.00 |
| | **Balance:** | | | | $0.00 | $0.00 |
| | **Ms Irma Pita(7938)/Sean A Salehi MD/024451** | | | | $0.00 | $0.00 |
| 01/11/2007 | Degeneration of lumbar or lumbosacral intervertebral disc (722.52)<br>Postoperative follow-up visit, included in global service (99024) | | $0.00 | 1.0 | $0.00 | $0.00 |
| | **Balance:** | | | | $0.00 | $0.00 |
| | **Ms Irma Pita(7938)/Sean A Salehi MD/025026** | | | | $0.00 | $0.00 |
| 02/01/2007 | Degeneration of lumbar or lumbosacral intervertebral disc (722.52) | | | | | |
| 02/01/2007 | Established patient, office visit / moderate complexity (99214) | | $224.00 | 1.0 | $204.00 | $20.00 |
| 02/08/2007 | Payment from Pita, Irma | | | | $0.00 | ($20.00) |
| 02/28/2007 | MHP W/OFF Adjustment from Chicago Health Systems | | | | $0.00 | $0.00 |
| 02/28/2007 | Payment from Chicago Health Systems | 399188 | | | ($124.76) | $0.00 |
| | | 399188 | | | ($79.24) | $0.00 |
| | **Balance:** | | | | $0.00 | $0.00 |
| | **Ms Irma Pita(7938)/Sean A Salehi MD/027236** | | | | $0.00 | $0.00 |
| 03/29/2007 | Degeneration of lumbar or lumbosacral intervertebral disc (722.52) | | | | | |
| 03/29/2007 | Established patient, office visit / moderate complexity (99214) | | $224.00 | 1.0 | $204.00 | $20.00 |
| 03/31/2007 | Payment from Pita, Irma | | | | $0.00 | ($20.00) |
| 05/31/2007 | MHP W/OFF Adjustment from Chicago Health Systems | | | | $0.00 | $0.00 |
| 05/31/2007 | Payment from Chicago Health Systems | 402811 | | | ($116.11) | $0.00 |
| | | 402811 | | | ($87.89) | $0.00 |
| | **Balance:** | | | | $0.00 | $0.00 |
| | **Ms Irma Pita(7938)/Sean A Salehi MD/028474** | | | | $0.00 | $0.00 |
| 04/18/2007 | Degeneration of lumbar or lumbosacral intervertebral disc (722.52) | | | | | |
| 04/18/2007 | Arthrodesis, posterior interbody technique, including laminectomy and/or diskectomy to prepare interspace (other than for decompression), single interspace; lumbar (22630) | | $12,930.00 | 1.0 | $12,930.00 | $0.00 |
| 04/18/2007 | Arthrodesis, posterior interbody technique, including laminectomy and/or diskectomy to prepare interspace (other than for decompression), single interspace; each additional interspace (List separately (22632) | | $3,810.00 | 1.0 | $3,810.00 | $0.00 |
| 04/18/2007 | Laminectomy, Facetectomy  Foraminotomy Lumbar (63047 59) | | $11,250.00 | 1.0 | $11,250.00 | $0.00 |
| 04/18/2007 | Laminectomy, Facetectomy, Foraminotomy: each addl segment (63048 59) | | $3,780.00 | 1.0 | $3,780.00 | $0.00 |
| 04/18/2007 | Posterior instrumentation; segmental fixation (22842) | | $8,800.00 | 1.0 | $8,800.00 | $0.00 |
| 04/18/2007 | Application of intervertebral biomechanical device (22851) | | $3,375.00 | 2.0 | $6,750.00 | $0.00 |
| 04/18/2007 | Fluoroscopic guidance and localization of needle or catheter tip for spine or paraspinous diagnostic or theapeutic injection procedures (77003 26) | | $320.00 | 1.0 | $320.00 | $0.00 |
| 04/18/2007 | Neuromuscular junction testing (repetitive stimulation, paired stimuli), each nerve, any one method (95937 26) | | $355.00 | 6.0 | $2,130.00 | $0.00 |
| 04/18/2007 | Intraoperative neurophysiology testing, per hour (List separately in addition to code for primary procedure) (95920 26) | | $605.00 | 6.0 | $3,630.00 | $0.00 |
| 04/18/2007 | Needle electromyography; two extremities with or without related paraspinal areas (95861 TC) | | $127.00 | 1.0 | $127.00 | $0.00 |
| 06/19/2007 | MHP W/OFF Adjustment from Chicago Health Systems | 403731 | | | ($42,146.74) | $0.00 |
| 06/19/2007 | Payment from Chicago Health Systems | 403731 | | | ($5,173.26) | $0.00 |
| 06/19/2007 | MHP W/OFF Adjustment from Chicago Health Systems | 403731 | | | ($5,068.43) | $0.00 |
| 06/19/2007 | Payment from Chicago Health Systems | 403731 | | | ($1,138.57) | $0.00 |
| | **Balance:** | | | | $0.00 | $0.00 |
| | **Ms Irma Pita(7938)/Mary F Dykstra PA-C/028475** | | | | | |
| | Degeneration of lumbar or lumbosacral intervertebral disc (722.52) | | | | | |

53,935.00

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins Balance | Pat Balance |
|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,690.00 | $5,690.00 | $0.00 |

Neurological Surgery and Spine Surgery * 3249 S Oak Park Avenue * Berwyn, IL  60402 * (708) 795-9100

Case 1:08-cv-00312   Document 8-2   Filed 02/20/2008   Page 11 of 24

| Date | Description | Amount | Units | Total | Balance |
|---|---|---|---|---|---|
| 04/18/2007 | Arthrodesis, posterior interbody technique, including laminectomy and/or diskectomy to prepare interspace (other than for decompression); single interspace; lumbar (22630 AS) | $3,233.00 | 1.0 | $3,233.00 | $0.00 |
| 04/18/2007 | Arthrodesis, posterior interbody technique, including laminectomy and/or diskectomy to prepare interspace (other than for decompression), single interspace; each additional interspace (List separately (22632 AS) | $953.00 | 1.0 | $953.00 | $0.00 |
| 04/18/2007 | Laminectomy, Facetectomy, Foraminotomy Lumbar (63047 AS,59) | | | | |
| 04/18/2007 | Laminectomy, Facetectomy, Foraminotomy; each addl segment (63048 AS,59) | $2,813.00 | 1.0 | $2,813.00 | $0.00 |
| 04/18/2007 | Posterior instrumentation; segmental fixation (22842 AS) | $945.00 | 1.0 | $945.00 | $0.00 |
| 04/18/2007 | Application of intervertebral biomechanical device (22851 AS) | $2,200.00 | 1.0 | $2,200.00 | $0.00 |
| 06/19/2007 | MHP W/OFF Adjustment from Chicago Health Systems | $844.00 | 2.0 | $1,688.00 | $0.00 |
| 06/19/2007 | Payment from Chicago Health Systems | 403731 | | ($11,128.47) | $0.00 |
| | | 403731 | | ($703.53) | $0.00 |
| | **Balance:** | | | **$0.00** | **$0.00** |

**Ms Irma Pita(7938)/Francisco J Espinosa MD/028840**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| Date | Description | Amount | Units | Total | Balance |
|---|---|---|---|---|---|
| 05/04/2007 | Physical therapy evaluation (97001) | $190.00 | 1.0 | $190.00 | $0.00 |
| 06/28/2007 | MHP W/OFF Adjustment from Chicago Health Systems | 404007 | | ($105.70) | $0.00 |
| 06/28/2007 | Payment from Chicago Health Systems | 404007 | | ($84.30) | $0.00 |
| | **Balance:** | | | **$0.00** | **$0.00** |

**Ms Irma Pita(7938)/Sean A Salehi MD/029057**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| Date | Description | Amount | Units | Total | Balance |
|---|---|---|---|---|---|
| 05/01/2007 | Postoperative follow-up visit, included in global service (99024) | $0.00 | 1.0 | $0.00 | $0.00 |
| | **Balance:** | | | **$0.00** | **$0.00** |

**Ms Irma Pita(7938)/Andrew S Zelby MD/029338**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| Date | Description | Amount | Units | Total | Balance |
|---|---|---|---|---|---|
| 05/15/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 2.0 | $160.00 | $0.00 |
| 05/15/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| 06/30/2007 | MHP W/OFF Adjustment from Chicago Health Systems | 404600 | | ($109.72) | $0.00 |
| 06/30/2007 | Payment from Chicago Health Systems | 404600 | | ($88.28) | $0.00 |
| | **Balance:** | | | **$0.00** | **$0.00** |

**Ms Irma Pita(7938)/Sean A Salehi MD/029442**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| Date | Description | Amount | Units | Total | Balance |
|---|---|---|---|---|---|
| 05/17/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 2.0 | $160.00 | $0.00 |
| 05/17/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| 06/30/2007 | MHP W/OFF Adjustment from Chicago Health Systems | 404748 | | ($109.72) | $0.00 |
| 06/30/2007 | Payment from Chicago Health Systems | 404748 | | ($88.28) | $0.00 |
| | **Balance:** | | | **$0.00** | **$0.00** |

**Ms Irma Pita(7938)/Francisco J Espinosa MD/029463**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| Date | Description | Amount | Units | Total | Balance |
|---|---|---|---|---|---|
| 05/18/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 2.0 | $160.00 | $0.00 |
| 05/18/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| 06/30/2007 | MHP W/OFF Adjustment from Chicago Health Systems | 404748 | | ($109.72) | $0.00 |
| 06/30/2007 | Payment from Chicago Health Systems | 404748 | | ($88.28) | $0.00 |
| | **Balance:** | | | **$0.00** | **$0.00** |

**Ms Irma Pita(7938)/Francisco J Espinosa MD/029525**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| Date | Description | Amount | Units | Total | Balance |
|---|---|---|---|---|---|
| 05/22/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 2.0 | $160.00 | $0.00 |
| 05/22/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| 06/30/2007 | MHP W/OFF Adjustment from Chicago Health Systems | 404748 | | ($109.72) | $0.00 |
| 06/30/2007 | Payment from Chicago Health Systems | 404748 | | ($88.28) | $0.00 |
| | **Balance:** | | | **$0.00** | **$0.00** |

**Ms Irma Pita(7938)/Andrew S Zelby MD/029825**

12,814 00

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins. Balance | Pat. Balance |
|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,590.00 | $5,590.00 | $0.00 |

Neurological Surgery and Spine Surgery * 1701 S First Avenue Suite 302 * Maywood, IL 60153 * (708) 343-3566

| | | | | | |
|---|---|---|---|---|---|
| 05/24/2007 | Degeneration of lumbar or lumbosacral intervertebral disc (722.52) | | | | |
| 05/24/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 3.0 | $240.00 | $0.00 |
| 05/24/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 1.0 | $72.00 | $0.00 |
| 05/24/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| 06/30/2007 | MHP W/OFF Adjustment from Chicago Health Systems | 404911 | | ($200.28) | $0.00 |
| 06/30/2007 | Payment from Chicago Health Systems | 404911 | | ($149.72) | $0.00 |
| | **Balance:** | | | $0.00 | $0.00 |

**Ms Irma Pita(7938)/Francisco J Espinosa MD/029697**

| | | | | | |
|---|---|---|---|---|---|
| | Degeneration of lumbar or lumbosacral intervertebral disc (722.52) | | | | |
| 05/25/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 2.0 | $160.00 | $0.00 |
| 05/25/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 1.0 | $72.00 | $0.00 |
| 06/30/2007 | MHP W/OFF Adjustment from Chicago Health Systems | 404911 | | ($138.77) | $0.00 |
| 06/30/2007 | Payment from Chicago Health Systems | 404911 | | ($93.23) | $0.00 |
| | **Balance:** | | | $0.00 | $0.00 |

**Ms Irma Pita(7938)/Sean A Salehi MD/029742**

| | | | | | |
|---|---|---|---|---|---|
| | Degeneration of lumbar or lumbosacral intervertebral disc (722.52) | | | | |
| 05/29/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 3.0 | $240.00 | $0.00 |
| 05/29/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 1.0 | $72.00 | $0.00 |
| 05/29/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 2.0 | $76.00 | $0.00 |
| 07/18/2007 | MHP W/OFF Adjustment from Chicago Health Systems | 405021 | | ($213.58) | $0.00 |
| 07/18/2007 | Payment from Chicago Health Systems | 405021 | | ($174.42) | $0.00 |
| | **Balance:** | | | $0.00 | $0.00 |

**Ms Irma Pita(7938)/Francisco J Espinosa MD/029817**

| | | | | | |
|---|---|---|---|---|---|
| | Degeneration of lumbar or lumbosacral intervertebral disc (722.52) | | | | |
| 05/31/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 3.0 | $240.00 | $0.00 |
| 05/31/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 1.0 | $72.00 | $0.00 |
| 05/31/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| 07/26/2007 | MHP W/OFF Adjustment from Chicago Health Systems | 405191 | | ($200.28) | $0.00 |
| 07/26/2007 | Payment from Chicago Health Systems | 405191 | | ($149.72) | $0.00 |
| | **Balance:** | | | $0.00 | $0.00 |

**Ms Irma Pita(7938)/Andrew S Zelby MD/029845**

| | | | | | |
|---|---|---|---|---|---|
| | Degeneration of lumbar or lumbosacral intervertebral disc (722.52) | | | | |
| 06/01/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 1.0 | $80.00 | $0.00 |
| 06/01/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 1.0 | $72.00 | $0.00 |
| 06/01/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 2.0 | $76.00 | $0.00 |
| 07/26/2007 | MHP W/OFF Adjustment from Chicago Health Systems | 405191 | | ($117.16) | $0.00 |
| 07/26/2007 | Payment from Chicago Health Systems | 405191 | | ($110.84) | $0.00 |
| | **Balance:** | | | $0.00 | $0.00 |

**Ms Irma Pita(7938)/Sean A Salehi MD/030058**

| | | | | | |
|---|---|---|---|---|---|
| | Degeneration of lumbar or lumbosacral intervertebral disc (722.52) | | | | |
| 06/05/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 3.0 | $240.00 | $0.00 |
| 06/05/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 1.0 | $72.00 | $0.00 |
| 06/05/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 2.0 | $76.00 | $0.00 |
| 07/26/2007 | MHP W/OFF Adjustment from Chicago Health Systems | 405346 | | ($213.58) | $0.00 |
| 07/26/2007 | Payment from Chicago Health Systems | 405346 | | ($174.42) | $0.00 |
| | **Balance:** | | | $0.00 | $0.00 |

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins. Balance | Pat. Balance |
|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,590.00 | $5,590.00 | $0.00 |

| | | | Balance: | | | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | **Ms Irma Pita(7938)/Francisco J Espinosa MD/030148** | | | | | | |
| 06/07/2007 | Degeneration of lumbar or lumbosacral intervertebral disc (722.52) | | | | | | |
| 06/07/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | | $80.00 | 3.0 | $240.00 | | $0.00 |
| 06/07/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | | $72.00 | 1.0 | $72.00 | | $0.00 |
| 07/28/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | | $38.00 | 1.0 | $38.00 | | $0.00 |
| 07/28/2007 | MHP W/OFF Adjustment from Chicago Health Systems | 405346 | | | ($200.28) | | $0.00 |
| | Payment from Chicago Health Systems | 405346 | | | ($149.72) | | $0.00 |
| | | | Balance: | | | $0.00 | $0.00 |
| | **Ms Irma Pita(7938)/Andrew S Zelby MD/030259** | | | | | | |
| 06/08/2007 | Degeneration of lumbar or lumbosacral intervertebral disc (722.52) | | | | | | |
| 06/08/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | | $80.00 | 3.0 | $240.00 | | $0.00 |
| 06/08/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | | $72.00 | 1.0 | $72.00 | | $0.00 |
| 07/26/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | | $38.00 | 1.0 | $38.00 | | $0.00 |
| 07/26/2007 | MHP W/OFF Adjustment from Chicago Health Systems | 405481 | | | ($200.28) | | $0.00 |
| | Payment from Chicago Health Systems | 405481 | | | ($149.72) | | $0.00 |
| | | | Balance: | | | $0.00 | $0.00 |
| | **Ms Irma Pita(7938)/Francisco J Espinosa MD/030411** | | | | | | |
| 06/14/2007 | Degeneration of lumbar or lumbosacral intervertebral disc (722.52) | | | | | | |
| 06/14/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | | $80.00 | 2.0 | $160.00 | | $0.00 |
| 06/14/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | | $72.00 | 1.0 | $72.00 | | $0.00 |
| 07/31/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | | $38.00 | 1.0 | $38.00 | | $0.00 |
| 07/31/2007 | MHP W/OFF Adjustment from Chicago Health Systems | 405661 | | | ($152.07) | | $0.00 |
| | Payment from Chicago Health Systems | 405661 | | | ($117.93) | | $0.00 |
| | | | Balance: | | | $0.00 | $0.00 |
| | **Ms Irma Pita(7938)/Francisco J Espinosa MD/030577** | | | | | | |
| 06/18/2007 | Degeneration of lumbar or lumbosacral intervertebral disc (722.52) | | | | | | |
| 06/18/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | | $80.00 | 3.0 | $240.00 | | $0.00 |
| 06/18/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | | $72.00 | 1.0 | $72.00 | | $0.00 |
| 07/26/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | | $38.00 | 1.0 | $38.00 | | $0.00 |
| 07/26/2007 | MHP W/OFF Adjustment from Chicago Health Systems | 405792 | | | ($200.28) | | $0.00 |
| | Payment from Chicago Health Systems | 405792 | | | ($149.72) | | $0.00 |
| | | | Balance: | | | $0.00 | $0.00 |
| | **Ms Irma Pita(7938)/Francisco J Espinosa MD/030774** | | | | | | |
| 06/21/2007 | Degeneration of lumbar or lumbosacral intervertebral disc (722.52) | | | | | | |
| 06/21/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | | $80.00 | 3.0 | $240.00 | | $0.00 |
| 06/21/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | | $72.00 | 1.0 | $72.00 | | $0.00 |
| | Application of a modality to one or more areas; hot or cold packs (97010) | | $38.00 | 1.0 | $38.00 | | $0.00 |
| | | | Balance: | | | $350.00 | $0.00 |
| | **Ms Irma Pita(7938)/Andrew S Zelby MD/030968** | | | | | | |
| 06/26/2007 | Degeneration of lumbar or lumbosacral intervertebral disc (722.52) | | | | | | |
| 06/26/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | | $80.00 | 3.0 | $240.00 | | $0.00 |
| 06/26/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | | $72.00 | 1.0 | $72.00 | | $0.00 |
| | Application of a modality to one or more areas; hot or cold packs (97010) | | $38.00 | 1.0 | $38.00 | | $0.00 |
| | | | Balance: | | | $350.00 | $0.00 |

2,020.00

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over-120 | Total Balance | Ins. Balance | Pat. Balance |
|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,590.00 | $5,590.00 | $0.00 |

Neurological Surgery and Spine Surgery * 1701 S First Avenue Suite 302 * Maywood, IL  60153 * (708) 343-3566

**Ms Irma Pita(7938)/Francisco J Espinosa MD/031078**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| | | | | | |
|---|---|---|---|---|---|
| 06/28/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 3.0 | $240.00 | $0.00 |
| 06/28/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction). one or more regions, each 15 minutes (97140) | $72.00 | 1.0 | $72.00 | $0.00 |
| 06/28/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| | **Balance:** | | | **$350.00** | **$0.00** |

**Ms Irma Pita(7938)/Andrew S Zelby MD/031125**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| | | | | | |
|---|---|---|---|---|---|
| 06/29/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 3.0 | $240.00 | $0.00 |
| 06/29/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 1.0 | $72.00 | $0.00 |
| 06/29/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| | **Balance:** | | | **$350.00** | **$0.00** |

**Ms Irma Pita(7938)/Sean A Salehi MD/031285**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| | | | | | |
|---|---|---|---|---|---|
| 07/03/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 3.0 | $240.00 | $0.00 |
| 07/03/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 1.0 | $72.00 | $0.00 |
| 07/03/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| | **Balance:** | | | **$350.00** | **$0.00** |

**Ms Irma Pita(7938)/Andrew S Zelby MD/031319**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| | | | | | |
|---|---|---|---|---|---|
| 07/05/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 3.0 | $240.00 | $0.00 |
| 07/05/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 1.0 | $72.00 | $0.00 |
| 07/05/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| | **Balance:** | | | **$350.00** | **$0.00** |

**Ms Irma Pita(7938)/Andrew S Zelby MD/031440**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| | | | | | |
|---|---|---|---|---|---|
| 07/10/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 3.0 | $240.00 | $0.00 |
| 07/10/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 1.0 | $72.00 | $0.00 |
| 07/10/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| | **Balance:** | | | **$350.00** | **$0.00** |

**Ms Irma Pita(7938)/Sean A Salehi MD/031531**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| | | | | | |
|---|---|---|---|---|---|
| 07/12/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 3.0 | $240.00 | $0.00 |
| 07/12/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 1.0 | $72.00 | $0.00 |
| 07/12/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| | **Balance:** | | | **$350.00** | **$0.00** |

**Ms Irma Pita(7938)/Andrew S Zelby MD/031590**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| | | | | | |
|---|---|---|---|---|---|
| 07/13/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 3.0 | $240.00 | $0.00 |
| 07/13/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 1.0 | $72.00 | $0.00 |
| 07/13/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| | **Balance:** | | | **$350.00** | **$0.00** |

**Ms Irma Pita(7938)/Francisco J Espinosa MD/031675**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| | | | | | |
|---|---|---|---|---|---|
| 07/17/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 2.0 | $160.00 | $0.00 |

2,610.00

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins. Balance | Pat. Balance |
|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,590.00 | $5,590.00 | $0.00 |

| Date | Description | Charge | Units | Amount | Balance |
|---|---|---|---|---|---|
| 07/17/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 1.0 | $72.00 | $0.00 |
| 07/17/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| | **Balance:** | | | **$270.00** | **$0.00** |

**Ms Irma Pita(7938)/Sean A Salehi MD/031698**
Degeneration of lumbar or lumbosacral intervertebral disc (722 52)
Cervical spondylosis without myelopathy (721 0)

| Date | Description | Charge | Units | Amount | Balance |
|---|---|---|---|---|---|
| 07/12/2007 | Postoperative follow-up visit, included in global service (99024) | $0.00 | 1.0 | $0.00 | $0.00 |
| | **Balance:** | | | **$0.00** | **$0.00** |

**Ms Irma Pita(7938)/Sean A Salehi MD/031793**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| Date | Description | Charge | Units | Amount | Balance |
|---|---|---|---|---|---|
| 07/18/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 3.0 | $240.00 | $0.00 |
| 07/18/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 1.0 | $72.00 | $0.00 |
| 07/18/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| | **Balance:** | | | **$350.00** | **$0.00** |

**Ms Irma Pita(7938)/Francisco J Espinosa MD/031988**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| Date | Description | Charge | Units | Amount | Balance |
|---|---|---|---|---|---|
| 07/24/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 1.0 | $80.00 | $0.00 |
| 07/24/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 2.0 | $144.00 | $0.00 |
| 07/24/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| | **Balance:** | | | **$262.00** | **$0.00** |

**Ms Irma Pita(7938)/Francisco J Espinosa MD/032046**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| Date | Description | Charge | Units | Amount | Balance |
|---|---|---|---|---|---|
| 07/26/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 3.0 | $240.00 | $0.00 |
| 07/26/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 2.0 | $144.00 | $0.00 |
| 07/26/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| | **Balance:** | | | **$422.00** | **$0.00** |

**Ms Irma Pita(7938)/Andrew S Zelby MD/032130**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| Date | Description | Charge | Units | Amount | Balance |
|---|---|---|---|---|---|
| 07/27/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 3.0 | $240.00 | $0.00 |
| 07/27/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 2.0 | $144.00 | $0.00 |
| 07/27/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| | **Balance:** | | | **$422.00** | **$0.00** |

**Ms Irma Pita(7938)/Andrew S Zelby MD/032266**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| Date | Description | Charge | Units | Amount | Balance |
|---|---|---|---|---|---|
| 07/31/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 1.0 | $80.00 | $0.00 |
| 07/31/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 1.0 | $72.00 | $0.00 |
| 07/31/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| | **Balance:** | | | **$190.00** | **$0.00** |

**Ms Irma Pita(7938)/Francisco J Espinosa MD/032388**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| Date | Description | Charge | Units | Amount | Balance |
|---|---|---|---|---|---|
| 08/02/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 2.0 | $144.00 | $0.00 |
| 08/02/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| | **Balance:** | | | **$182.00** | **$0.00** |

**Ms Irma Pita(7938)/Andrew S Zelby MD/032403**
Degeneration of lumbar or lumbosacral intervertebral disc (722.52)

| Date | Description | Charge | Units | Amount | Balance |
|---|---|---|---|---|---|
| 08/03/2007 | Therapeutic procedure, one or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility (97110) | $80.00 | 2.0 | $160.00 | $0.00 |

2,078 00

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins. Balance | Pat. Balance |
|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,590.00 | $5,590.00 | $0.00 |

Neurological Surgery and Spine Surgery * 1701 S First Avenue Suite 302 * Maywood, IL 60153 * (708) 343-3566

| 08/03/2007 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), one or more regions, each 15 minutes (97140) | $72.00 | 2.0 | $144.00 | $0.00 |
| 08/03/2007 | Application of a modality to one or more areas; hot or cold packs (97010) | $38.00 | 1.0 | $38.00 | $0.00 |
| | | | Balance: | | |
| | | | | $342.00 | $0.00 |

Total #113,687.0

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins. Balance | Pat. Balance |
|---------|------|-------|-------|--------|----------|---------------|--------------|--------------|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,590.00 | $5,590.00 | $0.00 |

Neurological Surgery and Spine Surgery * 1701 S First Avenue Suite 302 * Maywood, IL  60153 * (708) 343-3566

# Loyola University Medical Center
2160 South First Avenue
Maywood, IL- 60153
Hospital and Clinic Bill

## Important Message

Thank you for choosing Loyola University Medical Center as your healthcare provider. This statement summarizes the services provided. Our records indicate you have HMO IL as your insurance coverage. Please call the number listed below if this is not correct. Payment of any listed patient balance is due within 30 days  The payment options are listed on the back of this statement

IRMA PITA                         1V06069
2250 S 17TH AVE                   J10
RIVERSIDE  IL  60546-1047

**New Online Bill**
Loyola now offers the ability to view your accounts online through myLoyola, its custom tailored website. Simply log onto myLoyola.luhs.org and register  Within days we will mail your authorization code to view and pay your bills

## Account Summary

| | |
|---|---|
| Patient Name | IRMA PITA |
| Statement Date | 06/26/06 |
| Service Date(s) | 06/21/06 |
| Type of Service | Emergency Med |
| Account Number | 175852010107 |
| Total Charges | $ 1,193.89 |
| Insurance Balance Pending | $ 1,193.89 |
| Total Payments/Adjustments | $ 0.00 |
| Patient Balance | $ 0.00 |

## Patient Services Provided

| DESCRIPTION | AMOUNT |
|---|---|
| Diagnostic Rad | $ 374.82 |
| Emergency Med | $ 792.27 |
| Materials Mgmt | $ 19.30 |
| Oral Medication | $ 7.50 |
| **TOTAL CHARGES** | **$ 1,193.89** |

## Insurance Information

Please verify that information is correct.

| Insurance Name | Policy/Group No. |
|---|---|
| HMO IL | XOH845734753/B15784 |

*Please Note: Your physicians will bill you separately for their professional services.*

**Questions about your bill?** Call Patient Billing Service at 1-800-424-4840 Monday through Friday 8:30 am to 5:00 pm.

LUMCSTM

## INFORMATION UPDATE

Account Number: 175852010107
Statement Date: 06/26/06

**Complete the reverse side of this form only if your Address or Insurance Information has changed.**

**LOYOLA UNIVERSITY MEDICAL CENTER**
**P.O. BOX 95994**
**CHICAGO, IL 60694-5994**

Page

**Patient Ledger**
ORTHOPAEDIC ASSOC OF RIVERSIDE
Orthopaedic Associates of Riverside, LLC
Thursday, August 02, 2007, 01:58 PM

Irma Pita (PITA0000)
Responsible: Self   Home: (708) 620-0670   Work: (708) 343-0448
Primary: MacNeal Health Providers - CHS (CHICA0002)   Phone: (708) 783-7100   Group Number: B15784   ID: XOH845734753

| Billing | Date | Provider | TX Code | Patient Billed | Primary Billed | Secondary Billed | Tertiary Billed | Patient | Insurance | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 48894 | 01/03/2007 | HO0000 | 99243 | | 01/05/2007 | | | 0 00 | 256 00 | 256 00 |
| 48894 | 02/13/2007 | HO0000 | PIP | | | | | 0 00 | -128 86 | 127 14 |
| 48894 | 02/13/2007 | HO0000 | IA | | | | | 0 00 | -107 14 | 20 00 |
| 48894 | 01/03/2007 | HO0000 | 73030 | | 01/05/2007 | | | 0 00 | 183 00 | 203 00 |
| 48894 | 02/13/2007 | HO0000 | PIP | | | | | 0 00 | -41 15 | 161 85 |
| 48894 | 02/13/2007 | HO0000 | IA | | | | | 0 00 | -141 85 | 20 00 |
| 48894 | 01/03/2007 | HO0000 | PPCA | | | | | -20 00 | 0 00 | 0 00 |
| 48894 | 01/04/2007 | | Patient co-pay | | | | | 20.00 | -20.00 | 0.00 |
| Billing Total | | | | | | | | 0.00 | 0.00 | 0.00 |
| 49408 | 01/10/2007 | HO0000 | 99213 | | 01/12/2007 | | | 0.00 | 103 00 | 103 00 |
| 49408 | 01/24/2007 | HO0000 | PIP | | | | | 0 00 | -43 34 | 59 66 |
| 49408 | 01/24/2007 | HO0000 | IA | | | | | 0 00 | -39 66 | 20 00 |
| 49408 | 01/10/2007 | HO0000 | PPCA | | | | | -20 00 | 0 00 | 0 00 |
| 49408 | 01/11/2007 | | Patient co-pay | | | | | 20.00 | -20.00 | 0.00 |
| Billing Total | | | | | | | | 0.00 | 0.00 | 0.00 |
| 474591 | 02/06/2007 | HO0000 | 29826 | | 02/12/2007 02/27/2007 | | | 0 00 | 5014 00 | 5014 00 |
| 474591 | 03/21/2007 | HO0000 | IA | | | | | 0 00 | -4752 97 | 261 03 |
| 474591 | 03/21/2007 | HO0000 | PIP | | | | | 0 00 | -261 03 | 0 00 |
| 474591 | 02/06/2007 | HO0000 | 29807 | | 02/12/2007 02/27/2007 | | | 0 00 | 4828.00 | 4828 00 |
| 474591 | 03/21/2007 | HO0000 | IA | | | | | 0 00 | -3530 07 | 1297 93 |
| 474591 | 03/21/2007 | HO0000 | PIP | | | | | 0.00 | -1297.93 | 0.00 |
| Billing Total | | | | | | | | 0.00 | 0.00 | 0.00 |
| 474592 | 02/06/2007 | HO0000 | 29826 | | 02/12/2007 02/27/2007 | | | 0 00 | 5014 00 | 5014 00 |
| 474592 | 03/21/2007 | HO0000 | PIP | | | | | 0 00 | -116 79 | 4897 21 |
| 474592 | 03/21/2007 | HO0000 | IA | | | | | 0 00 | -4897 21 | 0 00 |
| 474592 | 02/06/2007 | HO0000 | 29807 | | 02/12/2007 02/27/2007 | | | 0 00 | 4828 00 | 4828 00 |
| 474592 | 03/21/2007 | HO0000 | PIP | | | | | 0 00 | 0 00 | 4828.00 |
| 474592 | 03/21/2007 | HO0000 | IA | | | | | 0.00 | -4828.00 | 0.00 |
| Billing Total | | | | | | | | 0.00 | 0.00 | 0.00 |
| 475109 | 02/19/2007 | HO0000 | 99024 | | | | | 20 00 | 0 00 | 20 00 |
| 475109 | 02/19/2007 | HO0000 | PPCA | | | | | -20.00 | 0.00 | 0.00 |
| Billing Total | | | | | | | | 0.00 | 0.00 | 0.00 |
| 477434 | 03/28/2007 | HO0000 | 99024 | | | | | 20 00 | 0 00 | 20 00 |
| 477434 | 03/28/2007 | HO0000 | PPCA | | | | | -20.00 | 0.00 | 0.00 |
| Billing Total | | | | | | | | 0.00 | 0.00 | 0.00 |
| 479803 | 05/09/2007 | HO0000 | 99024 | | | | | 20 00 | 0 00 | 20 00 |
| 479803 | 05/09/2007 | HO0000 | PPCA | | | | | -20.00 | 0.00 | 0.00 |
| Billing Total | | | | | | | | 0.00 | 0.00 | 0.00 |
| 482779 | 06/27/2007 | HO0000 | 99213 | | 07/03/2007 | | | 0 00 | 103 00 | 103 00 |
| 482779 | 06/27/2007 | HO0000 | PPCA | | | | | -20 00 | 0 00 | 83 00 |
| 482779 | 06/28/2007 | | Patient co-pay | | | | | 20.00 | -20.00 | 83.00 |
| Billing Total | | | | | | | | 0.00 | 83.00 | 83.00 |
| Patient Total | | | | | | | | 0.00 | 83.00 | 83.00 |

| | | Patient | Insurance | Balance |
|---|---|---|---|---|
| Provider Totals | | | | |
| Erling Ho, MD | | 0 00 | 83 00 | 83 00 |
| Report Totals | | 0.00 | 83.00 | 83.00 |

```
Date: 07-02-07                    Patient History                           Page: 1
Time: 10:14:20

Chart #26628              SSN# 330920635      NEUROLOGIC CARE ASSOCIATES, PC
PITA, IRMA                DOB 05-05-65        P O BOX 36174
2250 S 17TH AVE
                          From
RIVERSIDE, IL 60546        To                CHICAGO, IL 60694-6174
Home-(708)620-0670 Office-(708)              (815)929-9395
```

| T | Date | Code | Diagnosis | Prov | AmountR IB | Paid | Balance/ Susp | Carr Amt |
|---|------|------|-----------|------|-----------|------|--------------|----------|
| CA | 05-23-07 | ADJ BLU HM | | 10 | -58.01N | 0.00 | 0.00 | |
| P | 05-23-07 | PMT MHP | | 10 | -82.99N | 0.00 | 0.00 | 5 |
| CA | 05-07-07 | ADJ BLU HM | | 01 | -1120.10N | 0.00 | 0.00 | |
| P | 05-07-07 | PMT MHP | | 01 | -744.90N | 0.00 | 0.00 | 5 |
| CA | 05-07-07 | ADJ BLU HM | | 10 | -58.01N | 0.00 | 0.00 | |
| P | 05-07-07 | PMT MHP | | 10 | -82.99N | 0.00 | 0.00 | 5 |
| P | 04-09-07 | COPAY | | 10 | -20.00N | 0.00 | 0.00 | PATNT |
| C | 04-09-07 | 99214 | 307.81 | 10 | 161.00N NY | 161.00 | 0.00 | |
| C | 03-30-07 | 95904 | 729.5 | 01 | 775.00N NY | 775.00 | 0.00 | |
| C | 03-30-07 | 95900 | 729.5 | 01 | 155.00N NY | 155.00 | 0.00 | |
| C | 03-30-07 | 95903 | 729.5 | 01 | 525.00N NY | 525.00 | 0.00 | |
| C | 03-30-07 | 95861 | 729.5 | 01 | 410.00N NY | 410.00 | 0.00 | |
| P | 03-26-07 | COPAY | | 10 | -20.00N | 0.00 | 0.00 | PATNT |
| C | 03-26-07 | 99214 | 307.81 | 10 | 161.00N NY | 161.00 | 0.00 | |
| CA | 01-08-07 | ADJ BLU HM | | 10 | -139.89N | 0.00 | 0.00 | |
| P | 01-08-07 | PMT MHP | | 10 | -179.11N | 0.00 | 0.00 | 5 |
| P | 11-28-06 | COPAY | | 10 | -20.00N | 0.00 | 0.00 | PATNT |
| C | 11-28-06 | 99244 | 307.81 | 10 | 339.00N NY | 339.00 | 0.00 | |

```
               Charges    Receipts    Debits    Credits      Balance
   Patient:      60.00      -60.00      0.00       0.00         0.00
   Insurance:  2466.00    -1089.99      0.00    -1376.01        0.00
------------------------------------------------------------------------
   TOTALS:     2526.00    -1149.99      0.00    -1376.01        0.00
```

PITA, IRMA
318121

BERWYN MRI
INSIGHT HEALTH CORP

# INSIGHT IMAGING
Results. Right Now.

PAGE

Patient Bill

## Itemized Statement

IRMA PITA
2250 S. 17TH AVE.
NORTH RIVERSIDE, IL 60546

**Account Information**

Service Location:  BERWYN MAGNETIC RESONANCE CENTER
3345 SOUTH OAK PARK AVENUE BERWYN IL 60402
Billing Location:  PO BOX 404166 ATLANTA GA 303844166
Phone: ( 866 ) 674-9985

| Service #1 | | | |
|---|---|---|---|
| Activity Date | CPT Code | Service Date: 08/18/01 | |
| 8/22/2001 | 72148 | Service Description | |
| 12/3/2001 | 72148 | MRI, LUMBAR SPINE WITHOUT CONTRAST | |

MRI, LUMBAR SPINE WITHOUT CONTRAST

| Service #2 | | | Activity CHARGE | Amount $450 00 |
|---|---|---|---|---|
| Activity Date | CPT Code | Service Date: 07/24/06 | | |
| 7/25/2006 | 73221 RT | Service Description | PAYMENT | ($450 00) |
| 8/29/2006 | 73221 RT | MRI, UPPER EXTREMITY, JOINT WITHOUT CONTRAST MATERIAL | (MacNeal Chicago Health) | |

MRI, UPPER EXTREMITY, JOINT WITHOUT CONTRAST MATERIAL

| Service #3 | | | Activity CHARGE | Amount $400.00 |
|---|---|---|---|---|
| Activity Date | CPT Code | Service Date: 07/24/06 | | |
| 7/25/2006 | 72148 | Service Description | PAYMENT | ($400.00) |
| 8/29/2006 | 72148 | MRI, LUMBAR SPINE WITHOUT CONTRAST | (MacNeal Chicago Health) | |

MRI, LUMBAR SPINE WITHOUT CONTRAST

| Service #4 | | | Activity CHARGE | Amount $400.00 |
|---|---|---|---|---|
| Activity Date | CPT Code | Service Date: 07/24/06 | | |
| 7/25/2006 | 72141 | Service Description | PAYMENT | ($400.00) |
| 7/29/2006 | 72141 | MRI CERVICAL SPINE WITHOUT CONTRAST | (MacNeal Chicago Health) | |

MRI CERVICAL SPINE WITHOUT CONTRAST

| Service #5 | | | Activity CHARGE | Amount $400.00 |
|---|---|---|---|---|
| Activity Date | CPT Code | Service Date: 01/06/07 | | |
| /2007 | 73221 RT | Service Description | PAYMENT | ($400.00) |
| /2007 | 73221 RT | MRI, UPPER EXTREMITY, JOINT WITHOUT CONTRAST MATERIAL | (MacNeal Chicago Health) | |

MRI, UPPER EXTREMITY, JOINT WITHOUT CONTRAST MATERIAL

| | | | Activity CHARGE | Amount $400.00 |
|---|---|---|---|---|
| | | | PAYMENT | ($400.00) |
| | | | (MacNeal Chicago Health) | |

Itemized Patient Statement
ItemizedStatement

Monday, August 27, 2007
4:50.31AM

1

**PITA, IRMA**
**318121**

Patient Billing ID:

| Service #6 Activity Date | CPT Code | Service Date: 01/12/07 Service Description | | Activity | Amount |
|---|---|---|---|---|---|
| 1/15/2007 | 72148 | MRI, LUMBAR SPINE WITHOUT CONTRAST | | CHARGE | $400.00 |
| 2/21/2007 | 72148 | MRI, LUMBAR SPINE WITHOUT CONTRAST | | PAYMENT (MacNeal Chicago Health) | ($400.00) |

| Service #7 Activity Date | CPT Code | Service Date: 03/26/07 Service Description | | Activity | Amount |
|---|---|---|---|---|---|
| 3/28/2007 | 70553 | MRI, BRAIN WITH AND WITHOUT CONTRAST | | CHARGE | $400.00 |
| 5/14/2007 | 70553 | MRI, BRAIN WITH AND WITHOUT CONTRAST | | PAYMENT (MacNeal Chicago Health) | ($400.00) |

Balance    $0.00

Monday, August 27, 2007
4:50:31AM