UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IRMA PITA, | ) |
| Plaintiff, | ) ) ) |
| | ) No.: No.: 08 C 312 |
| v. | ) ) |
| TARGET CORPORATION, | ) ) |
| Defendant. | ) |

### NOTICE OF FILING

To:  Mr. Todd H. Allswang
Brian J. McManus & Associates
30 North LaSalle Street, Suite 2126
Chicago, Illinois 60602

PLEASE TAKE NOTICE that the attached below listed documents were filed with the United States District Court Northern District of Illinois Eastern Division, this **20th** day of **February, 2008.**

1. **Amended Notice of Removal**

By: _s/Mark T. McAndrew - 6274068_
Mark T. McAndrew
Attorney for Defendant
Target Corporation

### CERTIFICATE OF MAILING

The undersigned, being first duly sworn on oath, states that service of the above Notice of Filing by electronic filing and by mailing true and correct copies of said documents this 20th day of February, 2008, before 5:00 p.m. by depositing same in the United States Mail at Chicago, Illinois, postage prepaid and addressed to the person(s) listed above.

_____

SUBSCRIBED and SWORN to before me this 20th day of February, 2008.

_____
NOTARY PUBLIC
**HENNESSY & ROACH, P.C.**
140 S. Dearborn, 7th Floor
Chicago, IL 60603
(312) 346-5310
Attorney No. 6274068



"OFFICIAL SEAL"
ANTONIA TORRES
COMMISSION EXPIRES 02/28/10