# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 312 | **DATE** | 2/20/2008 |
| **CASE TITLE** | Pita vs. Target Corporation | | |

**DOCKET ENTRY TEXT**

Hearing held on motion to amend notice of removal. Motion is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|