# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 312 | **DATE** | 3/18/2008 |
| **CASE TITLE** | Pita vs. Target Corp. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/18/08 at 9:30 AM. Rule 26(a)(1) disclosures are to be made by 4/1/08. Deadline for amending pleadings and adding parties is 8/15/08. Fact discovery, including treating medical personnel, is to be completed by 8/29/08. Fact discovery as to treating personnel is ordered closed 12/31/08. Rule 26(a)(2) disclosures are due by 2/11/09 for plaintiff and 3/25/09 for defendant. Expert discovery ordered closed 5/6/09. Clerk of Court is directed to place document 1-2 under seal.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|